UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61377-CIV-SINGHAL

JESSICA TORRES,

    Plaintiff,

v.

ROMAN HEALTH VENTURES INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on the Notice of Voluntary Dismissal Without Prejudice filed by Plaintiff (DE [9]).  The Court having reviewed the Notice of Voluntary Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**.  The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 23rd day of September 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF